UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MILLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 17-12756

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [18]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16]**

Plaintiff Michael Miller seeks judicial review of an Administrative Law Judge's decision denying his claim for Supplemental Security Income Benefits. Plaintiff filed a Motion for Summary Judgment [15] on January 16, 2018. Defendant filed a Motion for Summary Judgment [16] on February 13, 2018. Plaintiff filed a Reply [17] on March 1, 2018.

On September 11, 2018, the Magistrate Judge issued a Report & Recommendation [18] ("R&R") recommending that the Court deny Plaintiff's Motion [15] and grant Defendant's Motion [16]. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [18] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [15] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**.

**SO ORDERED**.

Dated: September 28, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge